# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>v.<br><br>ONE (1) 2005 BENTLEY CONTINENTAL,<br>GT COUPE, VIN: SCBCR63W65C028139,<br>  First-Named Defendant Property,<br><br>TWO (2) ASSORTED JEWELRY, VL: $22,700.00,<br>  Second-Named Defendant Property,<br><br>IRA CHRISTOPHER JACKSON,<br>  Claimant,<br><br>WELLS FARGO DEALER SERVICES,<br>  Claimant. | CIVIL ACTION NO.<br><br>5:15-cv-00123-TES |

## ORDER DENYING MOTION TO SUPPRESS

Before the Court is Ira Jackson's Motion to Suppress [Doc. 13]. Mr. Jackson failed to file an answer as required by Supplement for Asset Forfeiture Actions Rule G(5)(B), and therefore, Plaintiff moved to strike Mr. Jackson's claim under Rule G(8)(C). [Doc. 31]. In light of this Court granting Plaintiff's Motion to Strike [Doc. 33], Mr. Jackson lacks standing to proceed in this case. *See United States v. $12,126.00 in U.S. Currency*, 337 F. App'x 818 (11th Cir. 2009). Thus, his Motion to Suppress [Doc. 13] is **DENIED as moot.**

**SO ORDERED**, this 22nd day of June, 2018.

                                                        **S/ Tilman E. Self, III**
                                                        **TILMAN E. SELF, III, JUDGE**
                                                        **UNITED STATES DISTRICT COURT**